February 28, 2013.



# JUDGMENT

# The Fourteenth Court of Appeals

ANGEL ADAMS, Appellant

NO. 14-12-01093-CV                    V.

BRUCE DOAN, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 5, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Angel Adams.

We further order this decision certified below for observance.